MJSELECT-JO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00894-WFK-JO

Kramer et al v. TGS Taxi LLC  
Assigned to: Judge William F. Kuntz, II  
Referred to: Magistrate Judge James Orenstein

Date Filed: 01/23/2012  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Esq. Debra Kramer**  
*as Chapter 7 Trustee of the Estate*

represented by **Fred S. Kantrow**  
Law Offices of Avrum J. Rosen, PLLC  
38 New Street  
Huntington, NY 11743  
631-423-8527  
Email: fkantrow@avrumrosenlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TGS Taxi LLC**

represented by **Karamvir Dahiya**  
Dahiya Law Offices LLP  
350 Broadway, Suite 412  
New York, NY 10013  
212-766-8000  
Fax: 212-766-8001  
Email: karam@legalpundit.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

**Louis Stogianos**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2011 | 1 | MOTION to Withdraw Reference Bankruptcy Court AP case number 11-1466. by TGS Taxi LLC. (Attachments: # 1 #1 complaint, # 2 #4 motion for default, # 3 #5 affidavit |

| | | |
|---|---|---|
| | | and cos, # 4 #6 answer to complaint, # 5 #7 motion for jury, # 6 #8 affidavit and cos, # 7 #10 answer to counterclaim, # 8 #11 affidavit and cos, # 9 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 12/21/2011) |
| 01/31/2012 | | SCHEDULING ORDER: The Court has scheduled a Pre-Motion conference in the above-captioned matter for Thursday, February 23, 2012 at 10:30 A.M. in Courtroom 6H North, before the Honorable William F. Kuntz, II. Ordered by Judge William F. Kuntz, II on 1/31/2012. (Patel, Anar) (Entered: 01/31/2012) |
| 02/23/2012 | | Magistrate Judge James Orenstein added to case as related to MC-11-859. (Brown, Marc) (Entered: 02/23/2012) |
| 02/23/2012 | | ORDER granting 1 Motion to Withdraw Reference. Pursuant to the pre-motion conference held before this Court on February 23, 2012, the Court hereby grants Defendant's Motion to Withdraw Reference to the Bankruptcy Court. Ordered by Judge William F. Kuntz, II on 2/23/2012. (Patel, Anar) (Entered: 02/23/2012) |
| 02/23/2012 | | Minute Entry for proceedings held before Judge William F. Kuntz, II: Pre Motion Conference held on 2/23/2012. Fred Kantrow, Esq. appeared on behalf of the plaintiff trustee Debra Kramer (present); Karamvir Dahiya, Esq. appeared on behalf of the movant Louis Stogianos (present). The Court granted the Defendants' Motion to Withdraw Reference to the Bankruptcy Court. The Court has scheduled a Status Conference in the above-captioned action for Friday, June 15, 2012 at 10:00 A.M. in Courtroom 6H North, before the Honorable William F. Kuntz, II. (Court Reporter Lisa Schwam.) (Jackson, Andrew) (Entered: 03/01/2012) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/05/2012 10:55:35 | | |
| **PACER Login:** us4423 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:12-cv-00894-WFK-JO |
| **Billable Pages:** 2 | **Cost:** | 0.16 |